STATE v. TAYLOR

No. 31A93-2

Case below: Cumberland County Superior Court

Upon petition by defendant for writ of certiorari and writ of supersedeas, the following order is entered: Although this Court determined in State v. Conner, 335 N.C. at 644-45, that certain questions submitted by defense counsel to some prospective jurors in this case were proper questions under Morgan, we conclude that any

error in sustaining objections to those questions was not prejudicial under the peculiar facts of this case. Defendant's other issues are procedurally barred. Accordingly, defendant's petition is denied 7 February 1997.